**STIP**
**THOMAS G. GRACE ESQ.**
Nevada Bar No. 10057
**BLACK & LOBELLO**
10777 West Twain Ave., Suite 300
Las Vegas, Nevada 89135
Phone: (702)869-8801
Fax:     (702)869-2669
Email: tgrace@blacklobellolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANETTE VELAZQUEZ and JOSE LUIS VELAZQUEZ; a married couple,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, a Colorado corporation; QUALITY LOAN SERVICE, a California corporation; DOE INDIVIDUALS I through X; ROE CORPORATIONS XI through XX, inclusive;<br><br>　　　　　Defendants. | Federal Case No.: 2:10-cv-00027-RCJ-RJJ |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among all parties under N.R.C.P. Rule 41(a)(1) by and between Plaintiffs JEANETTE VELAZQUEZ and JOSE LUIS VELAZQUEZ, and Defendants AURORA LOAN SERVICES, a Colorado corporation; and QUALITY LOAN SERVICE, a California corporation, by and through their respective undersigned counsel of record, and representation having been made that no provision of NRCP 23(e), 66, or any applicable statute apply and the above-captioned and numbered matter having become moot, the same may be dismissed without prejudice, all parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated this 17th day of May, 2010. | Dated this 17th day of May, 2010 |
| BLACK & LOBELLO | MCCARTHY & HOLTHUS, LLP |
| By: /s/ *Thomas G. Grace* <br> Thomas G. Grace., Esq. <br> Nevada Bar No. 10057 <br> 10777 W. Twain Avenue, 3rd Floor <br> Las Vegas, NV 89135 <br> *Attorneys for Plaintiff* <br> JEANETTE VELAZQUEZ and <br> JOSE LUIS VELAZQUEZ | By: /s/ *Christopher M. Hunter* <br> Christopher M. Hunter, Esq. <br> Nevada Bar No. 8127 <br> 9510 W. Sahara Ave. <br> Suite 110 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendants* <br> AURORA LOAN SERVICES and <br> QUALITY LOAN SERVICES |

### ORDER

Pursuant to the foregoing Stipulation and good cause showing therefore,

IT IS ORDERED, that the above captioned and numbered matter be, and the same hereby is dismissed without prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 24 day of May, 2010.

_____
DISTRICT COURT JUDGE

Submitted by:

BLACK & LOBELLO

By: /s/ *Thomas G. Grace*
THOMAS G. GRACE., ESQ.
Nevada Bar No. 10057
10777 W. Twain Ave. Suite 300
Las Vegas, NV 89135
*Attorneys for Plaintiff*
JEANETTE VELAZQUEZ and
JOSE LUIS VELAZQUEZ